# United States District Court

EASTERN DISTRICT OF WISCONSIN

WILLIAM ROBERTS,
      Plaintiff,

    v.

MICHAEL J ASTRUE,
      Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 11-C-263

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that this case is REMANDED to the Commissioner for further proceedings pursuant to Sentence 4 of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

Approved:    s/ William C. Griesbach
              WILLIAM C. GRIESBACH
              United States District Judge

Dated:  August 16, 2011.

              JON W. SANFILIPPO
              Clerk of Court

              s/ A. Wachtendonck
              (By) Deputy Clerk